IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARK R. FREEMAN, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv666 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Magistrate Timothy S. Hogan filed on March 31, 2008(Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 18, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the ALJ is AFFIRMED and this case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge